DAVIDOFF HUTCHER & CITRON LLP

*Attorneys for the Debtor*

605 Third Avenue

New York, New York 10158

(212) 557-7400

Robert L. Rattet, Esq.

Jonathan S. Pasternak, Esq.

*Hearing Date:*
*January 22, 2025 @ 10:00 A.M.*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re:                                                                      Chapter 11

WINTA ASSET MANAGMENT LLC,                     Case No. 24-10848(MEW)


                              Debtor.

-------------------------------------------------------X

## REPORT OF QUALIFIED BID AND
## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE**, that the above captioned debtor and debtor-in-possession ("Debtor"), by its undersigned attorneys, Davidoff Hutcher & Citron LLP, represent that it has received the following qualified bid for the sale of the Debtor's property located at 70 Broad Street, New York, New York (the "Property") pursuant to the Debtor's First Amended Plan of Liquidation dated December 6, 2024 (the "Plan")[1]:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings as set forth in the Plan and Bid Procedures contained therein.

1

**Qualified Bidder:**
**Wilmington Trust, N.A. As Trustee:**

Qualified Bid:                                    $20,000,000 in the form of a credit bid pursuant to 11
                                                  U.S.C. Section 363(k) plus (a) assumption of all
                                                  outstanding real estate taxes, (b) the funding of all reserves
                                                  required under the Plan, and (b) payment of the Buyer's
                                                  Premium in amount of $200,000, payable at closing.

                                                  <u>Assets to be Purchased</u>:
                                                  The Property

                                                  <u>Deposit</u>: Not required for Wilmington Trust as per the Bid
                                                  Procedures

                                                  <u>Bid Received</u>: December 6, 2024 at 12:00 P.M. EST

                                                  <u>Executory Contracts</u>: There are no executory contracts to
                                                  assume or reject in connection with the Sale.

No other Qualified Bids were received.

**PLEASE TAKE FURTHER NOTICE**, that the Auction scheduled for December 13, 2024 is hereby CANCELED.

**PLEASE TAKE FURTHER NOTICE**, that the Debtor intends to seek approval of Wilmington Trust's Qualified Bid and an order approving the sale of the Property to Wilmington Trust at the Sale Hearing scheduled for January 22, 2025 at 10:00 A.M. EST.

Dated:  New York, New York
        December 11, 2024

                        DAVIDOFF HUTCHER & CITRON LLP
                        *Attorneys for the Debtor*
                        605 Third Avenue
                        New York, New York 10158
                        (212) 557-7200


                        By: */s/ Jonathan S. Pasternak*
                            Jonathan S. Pasternak